with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell, and Davis, JJ.

SARAH OSTRANDER, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM OSTRANDER, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES W. PHILIPBAR, Appellant, v. MANUFACTURERS TRUST COMPANY and FREDERICK FRIES, as Executors, etc., of EDWARD A. FRIES, Deceased, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ESTHER PITE, Plaintiff, v. ALLIED REALTY CLEARING HOUSE, INC., and Others, Defendants. NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. PARK MERCANTILE CO., INC., and Others, Appellants; TILO ROOFING CO., INC., Respondent, and Others, Defendants. (Actions I, II, III.) — Motion to enlarge time granted and time extended to the November term upon condition that the record be in the form certified by Mr. Justice Cropsey, and that one exhibit not in the record be furnished by counsel; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOB POSTER, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BARGA, True Name ADOLPH VIRGA, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BERNLAU, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CHIARMONTE, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CORDERO, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON EIGES, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS L. EMERY,